```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000498 - SP
September 11, 2006

         Case #        Qty      Amount
Code
1ST CIVI 0A-02-215E            4.40 CM

TOTAL →                         4.40

FROM: U.S. TREASURY FOR ROBERT
      CARSWELL
```

CA 02-215 E

part pay
receipt # 06000498