```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

    # 07000175 - SP
     February 8, 2007

   Code   Case #    Qty     Amount

   1ST CIVI CA-02-215E       30.00 CH


   TOTAL→              30.00


   FROM: U.S. TREASURY FOR ROBERT
         CHASWELL
```

CA 02-215E
$30.00
part pay
receipt # 07-175