```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

    # 07000332  -  DM  dm
        May 7, 2007


  Code    Case #    Qty      Amount

  137 CIVI 02-215 E           0.10 CH


  TOTAL→                      0.10



  FROM: US TREASURY FOR:
        ROBERT CARSWELL
```

1:02-cv-215
part pay $0.10
receipt #07-332