```
            UNITED STATES
            DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
                ERIE Division

            #  08000013  - SP
            October 9, 2007

        Code    Case #     Qty        Amount

        1ST CIVI  02-215E
                                      10.00 CH

            TOTAL->
                                      10.00


    FROM: U.S. TREASURY FOR ROBERT
                  CARSWELL
```