```
            UNITED STATES
            DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
               ERIE Division

         # 08000115 — DM
         January 10, 2008


    Code    Case #     Qty       Amount

   1ST CIVI 02-215 E              15.50 CH
   2ND CIVI 02-215 E              26.50 CH


         TOTAL→                   42.00


   FROM: DOJ/BOP FOR:
         ROBERT CARSWELL
```