**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000145 - SP
February 11, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 1ST CIVI | 02-215E | | 30.00 CH |

**TOTAL→**                     30.00

FROM: U.S. TREASURY FOR ROBERT
         CARSWELL