UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 00000151 - ST
February 12, 2008

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 2ND CIVI FILING | 02-215 | | 30.00 CH |

TOTAL* 30.00

FROM: U.S. TREASURY FOR ROBERT
CARSWELL