```
        UNITED STATES
        DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 08000337 - DM
           July 7, 2008

   Code   Case #    Qty      Amount

   IMO 01/1 07-215 E          3.50 CH


   TOTAL→                     3.50


   FROM: DOJ/BOP RON:
         ROBERT CARSWELL
```

GA 02-215
print pay
receipt 08-337
$ 3.50